# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), BRICKLAYERS LOCAL NO. 4 of IN & KY-TILE MARBLE & TERRAZZO FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND, BRICKLAYERS LOCAL 4 IN/KY  AND INDIANAPOLIS PENSION FUND,<br><br>     Plaintiffs,<br><br>  v.<br><br>MR. DAVID'S FLOORING INTERNATIONAL, LLC, a foreign limited liability company,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-1951-<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, LLP, complain against Defendant, MR. DAVID'S FLOORING INTERNATIONAL, LLC, as follows:

### JURISDICTION AND VENUE

1.  (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

 (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 29 U.S.C. Section 185(c).

## PARTIES

2. (a) The Plaintiffs in this count STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), BRICKLAYERS LOCAL NO. 4 of IN & KY- TILE MARBLE & TERRAZZO FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND , BRICKLAYERS LOCAL 4IN/KY AND INDIANAPOLIS PENSION FUND ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b) The Funds have been established pursuant to collective bargaining agreements previously entered into between the Bricklayers Union Local 4, IN/KY and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the collective bargaining agreement with the Union.

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

3. (a) MR. DAVID'S FLOORING INTERNATIONAL, LLC, a foreign limited liability company (hereafter "MR. DAVID'S"), employs persons performing bargaining unit work in the jurisdiction of Union   and is bound to make contributions for hours  worked by its bargaining unit employees.

(b) MR. DAVID'S has its principal place of business at Itasca, Illinois.

      (c)      MR. DAVID'S is an employer engaged in an industry affecting commerce.

4. Since on or before February 2, 2015, MR. DAVID'S has entered into successive collective bargaining agreements with Bricklayers Local 8, Champaign IL pursuant to which it is bound to adhere to a local collective bargaining agreement in geographic areas in which Mr. David's performs work which is covered by a relevant Bricklayer CBA.

5. The Champaign CBA contains what is commonly referred to as a "Traveling contractor's clause" which imposes a duty on Defendant to adhere to the CBA in any geographic jurisdiction wherein the Bricklayers union maintains a CBA.

6. Bricklayers Local 4/ the Union maintains a tile CBA applicable in this court's jurisdiction requiring contributions to the Plaintiffs Funds.

7. Mr. David's employees have/ are performing tile and terrazzo work covered by a Union collective bargaining agreement within the geographic jurisdiction of Bricklayers local 4 which requires Defendant to make contributions to the Plaintiff's Funds for all employees performing bargaining unit work and to pay specified wages and to make periodic contributions to the Funds.

8. By virtue of certain provisions contained in the collective bargaining agreements, MR. DAVID'S is bound by the Trust Agreement establishing the Funds.

9. Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, MR. DAVID'S is required to make contributions to the Funds on behalf of its employees and, when given reasonable notice by Plaintiffs or their representatives, to submit all necessary books and records to Plaintiffs' accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Funds.

10. Plaintiffs are advised and believe that from January 1, 2016 through the present, MR.

DAVID'S has failed to make some of the contributions from time to time required to be paid by it to the Funds pursuant to the terms of the Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

11. Plaintiffs have been damaged in the amount of unpaid fringe benefits which amount can only be quantified via a fringe benefit audit.

    **WHEREFORE**, Plaintiffs pray for relief as follows:

    A. MR. DAVID'S be ordered to submit to an audit for January 1, 2016 through the present.

    B. Judgment be entered on any amounts found to be due on the audit.

    C. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, together with liquidated damages in the amount of 20%, all as provided in the applicable agreements and ERISA Section 502(g)(2).

    D. MR. DAVID'S be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the Funds and be ordered to resume making those payments.

    E. This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

    Respectfully submitted,

    STEPHEN KNOWLES, et. al

    By:   s/ Donald D. Schwartz
           One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415