# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), BRICKLAYERS LOCAL NO. 4 of IN & KY-TILE MARBLE & TERRAZZO FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND, BRICKLAYERS LOCAL 4 IN/KY AND INDIANAPOLIS PENSION FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Acknowledged** TWP  March 4, 2019 |
| Plaintiffs, | ) | No. 1:18-cv-1951-TWP-MJD |
| v. | ) ) | |
| MR. DAVID'S FLOORING INTERNATIONAL, LLC, a foreign limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among the parties by counsel that the above captioned matter be dismissed with prejudice pursuant to the terms of the settlement agreement, each side to bear their own attorney fees and costs.

ARNOLD AND KADJAN, LLP

By: s/ Donald D. Schwartz
    Donald D. Schwartz
    Attorney for Plaintiffs


OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: s/ Richard L. Samson
    Richard L. Samson
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this Agreed Stipulation of Dismissal with Prejudice was filed electronically on the 1st day of March 2019, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>Richard L. Samson
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>155 North Wacker Drive, Suite 4300
>Chicago, IL 60606

>s/Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438